# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michael E. Sawyer,                                     Civil No. 09-55 JNE/AJB

        Plaintiff,

v.                                                         **ORDER**

Warden M. Cruz, et al.,

        Defendants.

       Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 20, 2010, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that plaintiff Michael Sawyer's Consolidated and (Amended) Complaint [Docket No. 20] is **dismissed** without prejudice and that the defendants' Motion to Dismiss is **denied as moot** [Docket No. 25].

Dated: 5-12-2010

                                                             s/ Joan N. Ericksen
                                                             Joan N. Ericksen
                                                             United States District Court Judge